IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

IN RE:                                              CASE NO. 06-10208GVL1

CHILD CARE RESOURCES, INC.
                                                    CHAPTER 7

          Debtor(s)
_____/

### NOTICE OF PAYMENT OF UNCLAIMED FUNDS TREATED IN ACCORDANCE WITH 11 U.S.C. §347

Chapter 7 Trustee, Theresa M. Bender ("Trustee"), pursuant to 11 U.S.C. §347, gives notice of the payment to the Clerk, U.S. Bankruptcy Court, of unclaimed funds as follows:

| Claim No. | Claimant | Dividend |
|---|---|---|
| 14 | Constangy, Brooks & Smith, LLC<br>Suite 2400, 230 Peachtree St., NW<br>Atlanta, GA 30303-1557 | $205.63 |
| 16 | Saber Software Inc.<br>1800 SW 1st Avenue Suite 350<br>Portland, OR 97201 | $768.47 |
| 20 | ALLTEL COMMUNICATION<br>1 ALLIED DR<br>LITTLE ROCK, AR 72202 | $131.87 |
| 32 | Karen S. Tate<br>127 Hershey Ln.<br>Palatka, FL 32177 | $11.13 |
| 33 | Victoria Hancock<br>6710 St. Johns Ave. Apt. 413<br>Palatka, FL 32177 | $18.53 |
| 34U | Margaret Mathers<br>50 Golden Lane, #304<br>Dover, DE 19901 | $2.32 |
| 43 | Bellsouth Advertising & Publishing Corp.<br>P.O. Box 95364 | $97.65 |

Atlanta, Ga 30347

<u>/s/ Theresa M. Bender</u>
THERESA M. BENDER
CHAPTER 7 TRUSTEE
Theresa M. Bender, P.A.
Post Office Box 14557
Tallahassee, FL  32317
PH:  (850) 205-7777
FL. Bar # 0749486
Tmbenderch7@yahoo.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing NOTICE OF PAYMENT OF UNCLAIMED FUNDS TREATEDIN ACCORDANCE WITH 11 U.S.C. §347 has been served Electronically, or by U.S. Mail within two business days upon the following:

Office of the U.S. Trustee
110 E. Park Ave.
Suite 110
Tallahassee, FL. 32301

Constangy, Brooks & Smith, LLC
Suite 2400, 230 Peachtree St., NW
Atlanta, GA 30303-1557

Saber Software Inc.
1800 SW 1st Avenue Suite 350
Portland, OR 97201

ALLTEL COMMUNICATION
1 ALLIED DR
LITTLE ROCK, AR 72202

Karen S. Tate
127 Hershey Ln.
Palatka, FL 32177

Victoria Hancock
6710 St. Johns Ave. Apt. 413
Palatka, FL 32177

Margaret Mathers
50 Golden Lane, #304
Dover, DE 19901

Bellsouth Advertising & Publishing Corp.
P.O. Box 95364
Atlanta, Ga 30347

Dated: 2/13/2013                                    /s/ Theresa M. Bender